

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

William Malchum Johnson,             * From the 142nd District Court
                                       of Midland County, Texas
                                       Trial Court No. 44096.

Vs. No. 11-15-00053-CR                * March 31, 2017

The State of Texas,                   * Memorandum Opinion by Willson, J.
                                       (Panel consists of: Wright, C.J.,
                                       Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.